No. 11–8467.   STOREY *v.* VASBINDER, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 11–8485.   PANDEY *v.* RUSSELL ET AL.   C. A. 10th Cir. Certiorari denied.

No. 11–8496.   FORD *v.* WASHINGTON.   Sup. Ct. Wash.   Certiorari denied.

No. 11–8499.   ISAAC *v.* HOLDER, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir.   Certiorari denied.

No. 11–8500.   GALLEGOS *v.* BRAVO, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 11–8502.   HANES *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 11–8506.   HATFIELD *v.* JEFFREYS, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 11–8518.   REESE *v.* KELLY, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 11–8532.   CARTER *v.* YATES, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 11–8533.   CARON *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   Sup. Ct. Fla.   Certiorari denied.

No. 11–8542.   PONTON *v.* VERICREST FINANCIAL, INC., ET AL. C. A. 3d Cir.   Certiorari denied.

No. 11–8544.   VAVAL *v.* HOLDER, ATTORNEY GENERAL.   C. A. 2d Cir.   Certiorari denied.

No. 11–8566.   SEDILLO *v.* HATCH, WARDEN.   C. A. 10th Cir. Certiorari denied.

No. 11–8576.   MOORE *v.* STEVENSON, WARDEN.   C. A. 4th Cir. Certiorari denied.

No. 11–8577.   NNAJI *v.* UNITED STATES; and